# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00062-CR

**Teresa Michelle Limon, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. CR22550, HONORABLE ED MAGRE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss her appeal. The motion is signed by appellant and her attorney and complies with rule 42.2. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id.*

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellant's Motion

Filed:  April 8, 2011

Do Not Publish